IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ACFI 2002-1, L.L.C., | ) | |
| | ) | Case No. CV 04-592-S-LMB |
| Plaintiff, | ) | |
| | ) | CASE MANAGEMENT |
| v. | ) | ORDER |
| | ) | |
| STEVEN RANSON and J. MICHAEL RANSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      The Court held a telephone scheduling conference on October 26, 2005, at which time Plaintiff ACFI 2002-1 ("ACFI") and Defendant J. Michael Ranson appeared and requested that the Court adopt the dates from their Stipulation to Amend Litigation Plan (Docket No. 54) as the case management deadlines in this action. Defendant Steven Ranson has not stipulated to the Amended Litigation Plan, nor did he appear at the scheduling conference. The Court's efforts to locate Steven Ranson have been unsuccessful. For this reason, the Court will adopt, in part only, the deadlines contained in the proposed Amended Litigation Plan. Specifically, the Amended Litigation Plan and this Order will provide deadlines solely for Plaintiff ACFI and Defendant J. Michael Ranson.

      The Court will conduct a hearing on all pending motions on December 16, 2005, at 9:30 a.m. (mountain time), at which time it will impose case management deadlines for Defendant Steven Ranson, provided he has been located, or take further action as might be appropriate

**Case Management Order -- 1**

under the circumstances.  In the meantime, counsel for Plaintiff ACFI and Defendant J. Michael Ranson shall renew their attempts to locate and contact Defendant Steven Ranson and they shall, by December 2, 2005, advise the Court in an affidavit describing their efforts.

## ORDER

In accordance with the agreements reached in the telephone status conference held on October 26, 2005, and to further the efficient administration of this matter,

NOW THEREFORE IT IS HEREBY ORDERED that the following recitation of deadlines and procedures shall govern Plaintiff ACFI and Defendant J. Michael Ranson in this action:

1. Completion of Discovery:  All discovery will be completed by **December 15, 2005**.  This is a deadline for the completion of all discovery; it is not a deadline for discovery requests.  Discovery requests must be made far enough in advance of this deadline to allow completion of the discovery by the deadline date.  The parties may, by stipulation, agree to defer some trial-related discovery, such as discovery related to damages issue, until after the Court has ruled on any dispositive issues.

2. Settlement Conference:  The deadline for holding a settlement conference is **February 1, 2006**.

3. Dispositive Motion Deadline:  All dispositive motions shall be filed by **January 15, 2006**.  This is the critical event for case management and will dictate when the trial will be set.  As set forth below, a trial setting conference will be scheduled immediately following resolution of all dispositive motions.  To facilitate a prompt trial setting, the

**Case Management Order -- 2**

        Court will make every effort to schedule oral argument within 60 days and issue a decision within 30 days after the oral argument.

4.     <u>Scheduling of Trial and Pretrial Conference</u>.  Plaintiff's counsel shall contact the Court's staff within one week following the entry of a decision on all pending dispositive motions to make arrangements for a telephone scheduling conference in which the trial and pretrial conference shall be set.  If no dispositive motion is filed, Plaintiff's counsel shall immediately contact the Court's staff within one week of the dispositive motion filing deadline to set a telephone scheduling conference.

5.     If counsel has a procedural or legal question that needs to be brought to the Judge's attention, please contact Marianne Bowman, Judicial Assistant, or Katie Ball, Staff Attorney, at (208) 334-9010.

6.     With regard to any scheduling matters or calendar issues, please contact Lynette Case, Courtroom Deputy, at (208) 334-9023.

7.     <u>Fax Notification</u>: If counsel signs up for Fax Notification of the Court's orders, then it is not necessary to send stamped, return envelopes.

**Case Management Order -- 3**

IT IS FURTHER HEREBY ORDERED that a hearing on all pending motions shall be held on December 16, 2005, at 9:30 a.m. (mountain time) by telephone with Plaintiff initiating the call.  Counsel for Plaintiff and Defendant J. Michael Ranson shall file affidavits with the Court by December 2, 2005, to describe their efforts to locate and contact Defendant Steven Ranson.



DATED:  **October 26, 2005**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**Case Management Order -- 4**