# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ACFI 2002-1, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEVEN RANSON and J. MICHAEL RANSON,<br><br>　　　　Defendants. | Case No. CV 04-592-S-LMB<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

　　　Based upon the Stipulation for Dismissal with Prejudice as executed between Plaintiff ACFI 2002-1, LLC and Defendant J. Michael Ranson (Docket No. 69), and good cause appearing therefor;

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted by Plaintiff against Defendant J. Michael Ranson are dismissed with prejudice, each party to bear their own costs and attorney fees.

　　　　　　　　　　　　　　　　　　　　DATED: **February 17, 2006**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Larry M. Boyle
　　　　　　　　　　　　　　　　　　　　Chief U. S. Magistrate Judge